Eric M Haley, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NICHOLAS ROSS HALE | § | Case No. 2:17-bk-07858-MCW |
| AMY LINES HALE | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/11/2017 . The undersigned trustee was appointed on 07/11/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     8,825.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 3,925.31 |
| Leaving a balance on hand of[1]    $ | 4,839.69 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/17/2017  and the deadline for filing governmental claims was  01/07/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,224.92 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,224.92 , for a total compensation of $ 1,224.92 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.05 , for total expenses of $ 6.05 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/16/2019            By: /s/Eric M. Haley
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 17-07858 | MCW | Judge: | Madeleine C. Wanslee | Trustee Name: | Eric M. Haley |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | NICHOLAS ROSS HALE | | | | Date Filed (f) or Converted (c): | 07/11/2017 (f) |
| | AMY LINES HALE | | | | 341(a) Meeting Date: | 08/14/2017 |
| For Period Ending: | 01/16/2019 | | | | Claims Bar Date: | 11/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 976 S. WANDA DR. GILBERT AZ 85296-0000 MARICOPA | 175,000.00 | 0.00 | | 0.00 | FA |
| 2. 2013 GMC YUKON MILEAGE: 86,140 VALUATION METHOD - KELLEY BLU | 22,602.00 | 22,602.00 | | 0.00 | FA |
| 3. 2004 TOYOTA COROLLA MILEAGE: 173,000 VALUATION METHOD - KELL | 2,186.00 | 2,186.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS & FURNISHINGS | 850.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS SMALL CONSUMER ELECTRONICS | 300.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTERS | 150.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RINGS | 300.00 | 0.00 | | 0.00 | FA |
| 9. APPLE WATCH | 300.00 | 0.00 | | 0.00 | FA |
| 10. ONE FISH AND ONE DOG | 0.00 | 0.00 | | 0.00 | FA |
| 11. CASH ON HAND | 5.00 | 0.00 | | 0.00 | FA |
| 12. DESERT SCHOOLS FEDERAL CREDIT UNION (#8780) | 403.77 | 0.00 | | 0.00 | FA |
| 13. DESERT SCHOOLS FEDERAL CREDIT UNION (#8700) | 25.16 | 0.00 | | 0.00 | FA |
| 14. FLEXIBLE PLAN INVESTMENTS, LTD. | 56,793.00 | 0.00 | | 0.00 | FA |
| 15. PUBLIC SAFETY RETIREMENT SYSTEM RETIREMENT ACCOUNT | 736.71 | 0.00 | | 0.00 | FA |
| 16. APPROXIMATELY 52.60% OF POTENTIAL 2017 TAX REFUNDS, INCLUDI | 2,630.00 | 1,393.90 | | 8,825.00 | FA |
| 17. LIBERTY MUTUAL - VEHICLE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 18. AHCCCS - HEALTH INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 19. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE (u) | 70,000.00 | 70,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $333,281.64 | $96,181.90 | $8,825.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR ready for submission to UST after government reopening - Eric Haley 1/16/2019
Claims reviewed - Xiomara Rodgers 11/7/2018
QUARTERLY REVIEW: ready for claims review and TFR - Eric Haley 10/5/2018
QUARTERLY REVIEW: ready for claims review and TFR - Eric Haley 7/6/2018
Issued Debtor share 2017 tax refunds; ready for claims review and TFR - Eric Haley 5/23/2018
Rec'd 2017 Tax Returns - Eric Haley 5/9/2018
Sent Demand Letter for 2017 Tax Return/Refund - Jean LaCloche 5/1/2018
QUARTERLY REVIEW: second lienholder filed application to claim unclaimed funds; holding for 2017 tax returns/refunds - Eric Haley 3/30/2018
Researching notification that $70K unclaimed funds available to Debtor; continuing to hold for 2017 income tax refunds; employing attorney to assist in unclaimed funds collection - Eric Haley 2/3/2018
QUARTERLY REVIEW: Holding for 2017 tax returns/refunds - Eric Haley 12/14/2017
Tax Intercept Letter mailed to IRS - Jean LaCloche 12/6/2017
QUARTERLY REVIEW: Hold for 2017 tax returns/refunds - Jean LaCloche 10/15/2017
Hold for 2017 tax returns/refund - Jean LaCloche 9/7/2017
Ttee atty advise/assist re valuation of Schd A real estate - 976 S. Wanda Dr, Gilbert, AZ - Jean LaCloche 8/17/2017
Rec'd call from Citi Mortgage re Ttee interest in property. Explained that determination has not been made. - Jean LaCloche 8/17/2017


RE PROP #      19   --   Unclaimed funds owed to Debtor

Initial Projected Date of Final Report (TFR): 12/31/2018      Current Projected Date of Final Report (TFR): 12/31/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 17-07858 | Trustee Name: | Eric M. Haley |
| --- | --- | --- | --- |
| Case Name: | NICHOLAS ROSS HALE | Bank Name: | Union Bank |
| | AMY LINES HALE | Account Number/CD#: | XXXXXX5602 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2891 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 01/16/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/18 | 16 | UNITED STATES TREASURY | 2017 FED INCOME TAX REFUND | 1124-000 | $8,825.00 | | $8,825.00 |
| 05/23/18 | 101 | NICHOLAS ROSS HALE AMY L HALE 510 E. MEADOWS LN. GILBERT, AZ 85234 | DEBTOR SHARE 2017 INCOME TAX REFUNDS | 8500-002 | | $3,925.31 | $4,899.69 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,884.69 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,869.69 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,854.69 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,839.69 |
| 11/05/18 | | Transfer to Acct # xxxxxx0469 | Transfer of Funds | 9999-000 | | $4,839.69 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $8,825.00 | $8,825.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,839.69 |
| Subtotal | $8,825.00 | $3,985.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,825.00 | $3,985.31 |

UST Form 101-7-TFR (5/1/2011) (Page: 5)　　Page Subtotals　　$8,825.00　　$8,825.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-07858
Case Name: NICHOLAS ROSS HALE
AMY LINES HALE

Taxpayer ID No: XX-XXX2891
For Period Ending: 01/16/2019

Trustee Name: Eric M. Haley
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0469
Checking
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/18 | | Transfer from Acct # xxxxxx5602 | Transfer of Funds | 9999-000 | $4,839.69 | | $4,839.69 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,839.69 | $0.00 |
| Less: Bank Transfers/CD's | $4,839.69 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) (Page: 6)    Page Subtotals    $4,839.69    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0469 - Checking | $0.00 | $0.00 | $4,839.69 |
| XXXXXX5602 - Checking | $8,825.00 | $3,985.31 | $0.00 |
| | $8,825.00 | $3,985.31 | $4,839.69 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,825.00 |
| Total Gross Receipts: | $8,825.00 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 2:17-bk-07858-MCW
Case Name: NICHOLAS ROSS HALE
               AMY LINES HALE
Trustee Name: Eric M. Haley

        Balance on hand                                                        $      4,839.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON | $ 16,203.34 | $ 16,203.34 | $ 0.00 | $ 0.00 |

    Total to be paid to secured creditors                        $              0.00
    Remaining Balance                                                         $         4,839.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Eric M. Haley | $ 1,224.92 | $ 0.00 | $ 1,224.92 |
| Trustee Expenses: Eric M. Haley | $ 6.05 | $ 0.00 | $ 6.05 |

    Total to be paid for chapter 7 administrative expenses         $       1,230.97
    Remaining Balance                                                        $         3,608.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

                                                NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,164.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 10,477.18 | $ 0.00 | $ 2,871.96 |
| 2 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES | $ 2,687.79 | $ 0.00 | $ 736.76 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,608.72 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE