UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NICHOLAS ROSS HALE | § | Case No. 2:17-bk-07858-MCW |
| AMY LINES HALE | § | |
| | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric M. Haley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 298,651.64                Assets Exempt: 32,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,608.72   Claims Discharged
                                             Without Payment: 244,602.56

Total Expenses of Administration: 1,290.97

---

3) Total gross receipts of $ 8,825.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,925.31  (see **Exhibit 2**), yielded net receipts of $ 4,899.69  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 215,841.61 | $ 16,203.34 | $ 16,203.34 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,290.97 | 1,290.97 | 1,290.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 48,446.88 | 13,164.97 | 13,164.97 | 3,608.72 |
| **TOTAL DISBURSEMENTS** | $ 264,288.49 | $ 30,659.28 | $ 30,659.28 | $ 4,899.69 |

4) This case was originally filed under chapter 7 on 07/11/2017. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2019    By: /s/Eric M. Haley
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| APPROXIMATELY 52.60% OF POTENTIAL 2017 TAX REFUNDS, INCLUDI | 1124-000 | 8,825.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,825.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NICHOLAS ROSS HALE | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,925.31 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,925.31** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc, Attn: Bankruptcy Po Box 6423 Sioux Falls, SD 57117 | | 123,745.61 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cottonwoods Crossing HOA, Tri-County Property Mgmt PO Box 66694 Phoenix, AZ 85082 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank Credit Card, Po Box 5570 Mailstop BR-YB58-01-5 Cleveland, OH 44101 | | 75,909.00 | NA | NA | 0.00 |
| 3 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON | 4210-000 | 16,187.00 | 16,203.34 | 16,203.34 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 215,841.61** | **$ 16,203.34** | **$ 16,203.34** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ERIC M. HALEY | 2100-000 | NA | 1,224.92 | 1,224.92 | 1,224.92 |
| ERIC M. HALEY | 2200-000 | NA | 6.05 | 6.05 | 6.05 |
| Union Bank | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,290.97** | **$ 1,290.97** | **$ 1,290.97** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Arizona Department of Revenue, c/o Tax, Bankruptcy, and Collections 1275 W. Washington Ave. Phoenix, AZ 85007 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Po Box 3427 Bloomington, IL 61702 | | 51.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, 100 S West St Wilmington, DE 19801 | | 2,754.00 | NA | NA | 0.00 |
| | Chase Bank USA, N.A., P.O. Box 740933 Dallas, TX 75374 | | 16,743.34 | NA | NA | 0.00 |
| | Discover Financial, Po Box 3025 New Albany, OH 43054 | | 10,477.00 | NA | NA | 0.00 |
| | EdFinancial Services, Attn: Bankruptcy Department 298 N Seven Oaks Dr Knoxville, TN 37922 | | 4,505.00 | NA | NA | 0.00 |
| | Marquis Diagnostic Imaging, PO Box 105906 Atlanta, GA 30348 | | 810.00 | NA | NA | 0.00 |
| | Sprint, Bankruptcy Department PO Box 7949 Overland Park, KS 66207-0949 | | 51.36 | NA | NA | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 10,477.18 | 10,477.18 | 10,477.18 | 2,871.96 |
| 2 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES | 7100-000 | 2,578.00 | 2,687.79 | 2,687.79 | 736.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 48,446.88 | $ 13,164.97 | $ 13,164.97 | $ 3,608.72 |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit 8

| Case No: | 17-07858 | MCW | Judge: | Madeleine C. Wanslee | Trustee Name: | Eric M. Haley |
|---|---|---|---|---|---|---|
| Case Name: | NICHOLAS ROSS HALE | | | | Date Filed (f) or Converted (c): | 07/11/2017 (f) |
| | AMY LINES HALE | | | | 341(a) Meeting Date: | 08/14/2017 |
| For Period Ending: | 08/13/2019 | | | | Claims Bar Date: | 11/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 976 S. WANDA DR. GILBERT AZ 85296-0000 MARICOPA | 175,000.00 | 0.00 | | 0.00 | FA |
| 2. 2013 GMC YUKON MILEAGE: 86,140 VALUATION METHOD - KELLEY BLU | 22,602.00 | 22,602.00 | | 0.00 | FA |
| 3. 2004 TOYOTA COROLLA MILEAGE: 173,000 VALUATION METHOD - KELL | 2,186.00 | 2,186.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS & FURNISHINGS | 850.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS SMALL CONSUMER ELECTRONICS | 300.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTERS | 150.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RINGS | 300.00 | 0.00 | | 0.00 | FA |
| 9. APPLE WATCH | 300.00 | 0.00 | | 0.00 | FA |
| 10. ONE FISH AND ONE DOG | 0.00 | 0.00 | | 0.00 | FA |
| 11. CASH ON HAND | 5.00 | 0.00 | | 0.00 | FA |
| 12. DESERT SCHOOLS FEDERAL CREDIT UNION (#8780) | 403.77 | 0.00 | | 0.00 | FA |
| 13. DESERT SCHOOLS FEDERAL CREDIT UNION (#8700) | 25.16 | 0.00 | | 0.00 | FA |
| 14. FLEXIBLE PLAN INVESTMENTS, LTD. | 56,793.00 | 0.00 | | 0.00 | FA |
| 15. PUBLIC SAFETY RETIREMENT SYSTEM RETIREMENT ACCOUNT | 736.71 | 0.00 | | 0.00 | FA |
| 16. APPROXIMATELY 52.60% OF POTENTIAL 2017 TAX REFUNDS, INCLUDI | 2,630.00 | 1,393.90 | | 8,825.00 | FA |
| 17. LIBERTY MUTUAL - VEHICLE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 18. AHCCCS - HEALTH INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 19. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE (u) | 70,000.00 | 70,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $333,281.64 | $96,181.90 | $8,825.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Issued final distributions to claims; ready for TDR when $0-bal estate bank statement is available - Eric Haley 3/8/2019
Filed report of no objection and lodged proposed admin fee order; ready for final distribution to claims when judge enters order - Eric Haley 3/6/2019
UST approved and filed TFR - Eric Haley 2/7/2019
Transmitted TFR to UST for review and filing - Eric Haley 1/28/2019
QUARTERLY REVIEW: TFR ready for submission to UST after government reopening - Eric Haley 1/16/2019
Claims reviewed - Xiomara Rodgers 11/7/2018
QUARTERLY REVIEW: ready for claims review and TFR - Eric Haley 10/5/2018
QUARTERLY REVIEW: ready for claims review and TFR - Eric Haley 7/6/2018
Issued Debtor share 2017 tax refunds; ready for claims review and TFR - Eric Haley 5/23/2018
Rec'd 2017 Tax Returns - Eric Haley 5/9/2018
Sent Demand Letter for 2017 Tax Return/Refund - Jean LaCloche 5/1/2018
QUARTERLY REVIEW: second lienholder filed application to claim unclaimed funds; holding for 2017 tax returns/refunds - Eric Haley 3/30/2018
Researching notification that $70K unclaimed funds available to Debtor; continuing to hold for 2017 income tax refunds; employing attorney to assist in unclaimed funds collection - Eric Haley 2/3/2018
QUARTERLY REVIEW: Holding for 2017 tax returns/refunds - Eric Haley 12/14/2017
Tax Intercept Letter mailed to IRS - Jean LaCloche 12/6/2017
QUARTERLY REVIEW: Hold for 2017 tax returns/refunds - Jean LaCloche 10/15/2017
Hold for 2017 tax returns/refund - Jean LaCloche 9/7/2017
Ttee atty advise/assist re valuation of Schd A real estate - 976 S. Wanda Dr, Gilbert, AZ - Jean LaCloche 8/17/2017
Rec'd call from Citi Mortgage re Ttee interest in property. Explained that determination has not been made. - Jean LaCloche 8/17/2017

RE PROP #     19   --   Unclaimed funds owed to Debtor

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 06/30/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-07858
Case Name: NICHOLAS ROSS HALE
    AMY LINES HALE
Taxpayer ID No: XX-XXX2891
For Period Ending: 08/13/2019

Trustee Name: Eric M. Haley
Bank Name: Union Bank
Account Number/CD#: XXXXXX5602
Checking
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/18 | 16 | UNITED STATES TREASURY | 2017 FED INCOME TAX REFUND | 1124-000 | $8,825.00 | | $8,825.00 |
| 05/23/18 | 101 | NICHOLAS ROSS HALE<br>AMY L HALE<br>510 E. MEADOWS LN.<br>GILBERT, AZ 85234 | DEBTOR SHARE 2017 INCOME TAX REFUNDS | 8500-002 | | $3,925.31 | $4,899.69 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,884.69 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,869.69 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,854.69 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,839.69 |
| 11/05/18 | | Transfer to Acct # xxxxxx0469 | Transfer of Funds | 9999-000 | | $4,839.69 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,825.00 | $8,825.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,839.69 |
| Subtotal | $8,825.00 | $3,985.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,825.00 | $3,985.31 |

Page Subtotals $8,825.00 $8,825.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-07858 | Trustee Name: | Eric M. Haley |
|---|---|---|---|
| Case Name: | NICHOLAS ROSS HALE | Bank Name: | Axos Bank |
| | AMY LINES HALE | Account Number/CD#: | XXXXXX0469 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2891 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 08/13/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/18 | | Transfer from Acct # xxxxxx5602 | Transfer of Funds | 9999-000 | $4,839.69 | | $4,839.69 |
| 03/08/19 | 2001 | Eric M. Haley<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $1,224.92 | $3,614.77 |
| 03/08/19 | 2002 | Eric M. Haley<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $6.05 | $3,608.72 |
| 03/08/19 | 2003 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Acct: 7822 | 7100-000 | | $2,871.96 | $736.76 |
| 03/08/19 | 2004 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>ST. LOUIS, MO 63166-0108 | Acct: 6243 | 7100-000 | | $736.76 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,839.69 | $4,839.69 |
| Less: Bank Transfers/CD's | $4,839.69 | $0.00 |
| Subtotal | $0.00 | $4,839.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,839.69 |

Page Subtotals $4,839.69 $4,839.69

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0469 - Checking | $0.00 | $4,839.69 | $0.00 |
| XXXXXX5602 - Checking | $8,825.00 | $3,985.31 | $0.00 |
| | $8,825.00 | $8,825.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,825.00 |
| Total Gross Receipts: | $8,825.00 |

Page Subtotals: $0.00 $0.00